```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA,

                Plaintiff,

vs.                            Case No.   2:06-cv-163-FtM-29DNF

TRACT C09-34, 2.50 ACRES OF LAND,
MORE OR LESS IN COLLIER COUNTY,
FLORIDA, DOUGLAS UNSINN, ET AL.,

                Defendants.
_____

## OPINION AND ORDER

     On March 12, 2007, the Court took the government's Combined Motion to Determine Entitlement to Just Compensation under advisement pending an opportunity for individuals claiming some form of ownership to improvements on the land to respond with supporting documents. The Court stated that if no claims were made, the Court would find that Patricia Anne Mitchell, the owner of the property prior to the taking, was the only entitled claimant. (Doc. #22.)

     On April 6, 2007, Ron Provenzano filed an Application for Withdrawal of Estimated Just Compensation (Doc. #23) seeking one-third of the estimated compensation claiming an ownership right based on receipts in his possession for the property. The receipts were not submitted and are not attached to the Application. On April 10, 2007, the government filed a Response (Doc. #25) opposing the Application but did not address the purported receipts. "If

the record presents factual issues, the court must not decide them; it must deny the motion and proceed to trial."  Tullius v. Albright, 240 F.3d 1317, 1320 (11th Cir. 2001)(citing Clemons v. Dougherty County, 684 F.2d 1365, 1369 (11th Cir. 1982)).

As a result of Mr. Provenzano's claim, the Court finds that a genuine issue of fact has been raised such that a determination of entitlement cannot be made prior to trial.  That being said, since Mr. Provenzano only claims ownership to one-third of the estimated compensation and no issue of entitlement exists as to the remaining two-thirds.  Therefore, the Court will direct the disbursement of two-thirds of the estimated compensation to Patricia Anne Mitchell who has been determined to be a rightful interest-holder.  Since Mr. Provenzano failed to submit the proof of ownership, the Court will deny his application for withdrawal of compensation pending trial before the undersigned on September 18, 2007.

Accordingly, it is now

**ORDERED**:

1.  The government's Combined Motion to Determine Entitlement to Just Compensation (Doc. #20) is **DENIED.**

2.   Patricia Anne Mitchell's Application for Withdrawal of Estimated Just Compensation (Doc. #19) is **GRANTED** to the extent that the Clerk shall disburse the undisputed two-thirds of the amount on deposit to Patricia Anne Mitchell in the amount of **twelve thousand eight hundred and sixty-six dollars and sixty-seven cents**

(**$12,866.67), plus accrued interest but minus Registry fees,** pending trial and a determination of entitlement at trial as to the remaining one-third interest.

3.  Ronald Provenzano's Application for Withdrawal of Estimated Just Compensation (Doc. #23) is **DENIED** without prejudice pending trial.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of May, 2007.

*[signature: John E. Steele]*

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record
Patricia Mitchell
Ronald Provenzano
Finance-JAX